IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREA MUDIE,<br><br>    Plaintiff,<br><br>    v.<br><br>PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDICINE, et al.,<br><br>    Defendants. | CIVIL ACTION<br><br>NO. 21-2156-KSM |

**ORDER**

**AND NOW**, this 29th day of December, 2021, upon consideration of Defendants' Motion to Dismiss (Doc. No. 20) and Plaintiff's response (Doc. No. 22), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. Defendants' Motion is **GRANTED** as to the Section 1981 claim, which is **DISMISSED, without prejudice**, and with leave to amend.

2. Defendants' Motion is **DENIED** as to the Title VII claim.

**IT IS SO ORDERED.**

                                                            /s/KAREN SPENCER MARSTON
                                                            _____
                                                            KAREN SPENCER MARSTON, J.