IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREA MUDIE**,  Plaintiff,  v.  **PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDICINE**,  Defendant. | **CIVIL ACTION**  **NO. 21-2156-KSM** |

## ORDER

**AND NOW**, this 20th day of May, 2022, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 34), Plaintiff's response (Doc. No. 41), and Defendant's reply (Doc. No. 42), following oral argument, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. Defendant's motion is **GRANTED** in its entirety. Plaintiff's claims against Defendant are **DISMISSED with prejudice**.

2. Defendant's motions *in limine* (Doc. Nos. 44, 45, 46, 47, 48) are **DENIED as moot**.

3. The Clerk of Court is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.